UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION


Shirley Collins,

   Plaintiff,                                        CASE NO.:  5:04-cv-00121-WTH-GRJ


vs.


Winn-Dixie Supermarket, Inc.

   Defendant.

_____/


### PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, SHIRLEY COLLINS, by and through her undersigned attorneys, and hereby files her Voluntary Dismissal of this action with Prejudice and in support thereof states the following:


   1.  On March 9, 2004, Defendants filed a complaint against Winn-Dixie Supermarkets, Inc., in the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida, Case No. 04-CA-867.  On April 8, 2004, this case was removed to the United States District Court for the Middle District of Florida, Case No. 5:04-cv-121-GRJ.

2.  On or about  February 21, 2005, Winn-Dixie Stores and its affiliates filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code and the present action was stayed.

3.  The claim of Shirley Collins forming the basis of this action has been resolved and discharged in the Bankruptcy proceeding:  In re Winn-Dixie Stores, Inc., et al, Case No. 05-03817-3F1, Chapter 11, Jointly Administered,  United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

Wherefore, Shirley Collins respectfully files this Voluntary Dismissal with Prejudice as to the action pending before this Honorable Court.

Dated  on this 11th day of July, 2008

**Respectfully submitted,**

/s/Clement L. Hyland
**Clement L. Hyland, Esquire**
Florida Bar No. 0340944
Hyland Mediation , LLC
Bank of America Building
390 N. Orange Avenue, 23rd Floor
Orlando, FL 32801
Office: 407.956.1121
Fax: 407.956.1122
chyland@hylandmediation.com

**<u>Certificate of Service</u>**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system that will send notice of the Electronic filing to the

following:  Bradley R. Johnson, Esquire, TAYLOR, DAY, CURRIE, BOYD & JOHNSON,

50 N. Laura Street., Suite 3500, Jacksonville, Florida 32202-3663,  brj@tdclaw.com;

and Leanne McKnight Prendergast, Esquire, SMITH HULSEY & BUSEY, 225 Water

Street, Suite 1800, Jacksonville, Florida 32202, lprendergast@smithhulsey.com this

11th day of July, 2008.


/s/Clement L. Hyland
**Clement L. Hyland, Esquire**